E. H. Ashdown, defendant in error, v. The Village of Matteson, plaintiff in error. Gen. No. 35,316.

Opinion filed December 28, 1931. Rehearing denied January 11, 1932.

W. Otto Wielgorecki, for plaintiff in error; Walter F. Briody, of counsel. Samuel K. Markman, for defendant in error; Francis L. Brinkman and John P. Sullivan, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Walter Shaver, defendant in error, v. Philip Yarrow, plaintiff in error. Gen. No. 35,338.

Opinion filed December 28, 1931.

Reuben Freedman and William R. Brown, for plaintiff in error. Edelson, Latter & Wise, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Charles Wytiska, defendant in error, v. Joseph Lance et al. Chicago Cab Company, plaintiff in error. Gen. No. 35,344.

Opinion filed December 28, 1932. Rehearing denied January 11, 1932.

John A. Bloomingston, for plaintiff in error. Morris A. Gold and C. Helmer Johnson, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.